# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

In re: §
§
SHAW, RITA § Case No. 09-45802
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under chapter ___ of the United States Bankruptcy Code on ___. The undersigned trustee was appointed on ___.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of        $

    Funds were disbursed in the following amounts:

    Administrative expenses
    Payments to creditors
    Non-estate funds paid to 3rd Parties
    Payments to the debtor

    Leaving a balance on hand of[1]        $

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (9/1/2009) *(Page: 1)*

      6. The deadline for filing claims in this case was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7. The Trustee's proposed distribution is attached as **Exhibit D**.

      8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $____, and now requests reimbursement for expenses of $____, for total expenses of $____.

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.


Date:_____    By:/s/Phillip D. Levey_____
                                                  Trustee


**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

Page: 1

| Case No: | 09-45802 | Judge: JACK B. SCHMETTERER | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|
| Case Name: | SHAW, RITA | | Date Filed (f) or Converted (c): | 12/03/09 (f) |
| | | | 341(a) Meeting Date: | 01/08/10 |
| For Period Ending: | 07/01/10 | | Claims Bar Date: | 05/11/10 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. 3110 N. SHERIDAN RD. UNIT 1705 CHICAGO, IL 60657 | 214,000.00 | 0.00 | DA | 0.00 | 0.00 | 224,700.00 | 15,000.00 |
| 2. CASH | 100.00 | 0.00 | OA | 0.00 | 0.00 | 0.00 | 100.00 |
| 3. BANK ACCOUNTS | 500.00 | 0.00 | DA | 0.00 | 0.00 | 0.00 | 500.00 |
| 4. HOUSEHOLD FURNITURE AND FURNISHINGS | 2,500.00 | 0.00 | DA | 0.00 | 0.00 | 0.00 | 2,500.00 |
| 5. CLOTHING | 500.00 | 0.00 | DA | 0.00 | 0.00 | 0.00 | 500.00 |
| 6. MISCELLANEOUS JEWELRY | 400.00 | 0.00 | DA | 0.00 | 0.00 | 0.00 | 400.00 |
| 7. JP MORGAN CHASE IRA | 35,000.00 | 0.00 | DA | 0.00 | 0.00 | 0.00 | 35,000.00 |
| 8. 401K | 16,000.00 | 0.00 | DA | 0.00 | 0.00 | 0.00 | 16,000.00 |
| 9. 2007 TOYOTA COROLLA | 8,500.00 | 5,600.00 | | 5,500.00 | FA | 0.00 | 2,900.00 |
| 10. 2007 TOYOTA YARIS | 10,000.00 | 0.00 | DA | 0.00 | 0.00 | 18,000.00 | 0.00 |
| 11. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.34 | Unknown | 0.00 | 0.00 |
| TOTALS (Excluding Unknown Values) | $287,500.00 | $5,600.00 | | $5,500.34 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) | $242,700.00 | $72,900.00 |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| | | | | |
|---|---|---|---|---|
| Case No: | 09-45802 | Judge: JACK B. SCHMETTERER | Trustee Name: | Phillip D. Levey |
| Case Name: | SHAW, RITA | | Date Filed (f) or Converted (c): | 12/03/09 (f) |
| | | | 341(a) Meeting Date: | 01/08/10 |
| | | | Claims Bar Date: | 05/11/10 |

RE PROP# 1---Debtor Claimed Exemption
RE PROP# 2---Debtor Claimed Exemption
RE PROP# 3---Debtor Claimed Exemption
RE PROP# 4---Debtor Claimed Exemption
RE PROP# 5---Debtor Claimed Exemption
RE PROP# 6---Debtor Claimed Exemption
RE PROP# 7---Debtor Claimed Exemption
RE PROP# 8---Debtor Claimed Exemption
RE PROP# 9---Debtor Claimed Exemption

Initial Projected Date of Final Report (TFR):   /  /          Current Projected Date of Final Report (TFR):   /  /

/s/     Phillip D. Levey
_____  Date: 07/01/10

PHILLIP D. LEVEY
2722 NORTH RACINE AVENUE
CHICAGO, IL  60614
Phone: (773) 348-9682
Bar Number: 1628895

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 09-45802 -JBS | | Trustee Name: | Phillip D. Levey |
| Case Name: | SHAW, RITA | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******3580 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******0056 | | | |
| For Period Ending: | 07/01/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/15/10 | 9 | Rita Shaw | Sale of Automobile | 1129-000 | 5,500.00 | | 5,500.00 |
| 03/31/10 | 11 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.06 | | 5,500.06 |
| 04/30/10 | 11 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.14 | | 5,500.20 |
| 05/28/10 | 11 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.14 | | 5,500.34 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 5,500.34 | 0.00 | 5,500.34 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 5,500.34 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 5,500.34 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account (Interest Earn - ********3580 | 5,500.34 | 0.00 | 5,500.34 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 5,500.34 | 0.00 | 5,500.34 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals   5,500.34   0.00

Ver: 15.09

LFORM24

UST Form 101-7-TFR (9/1/2009) *(Page: 5)*

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

| Case Number: | 09-45802 | | Page 1 | | | Date: July 01, 2010 |
|---|---|---|---|---|---|---|
| Debtor Name: | SHAW, RITA | | Claim Class Sequence | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001 3110-00 | PHILLIP D. LEVEY | Administrative | | $2,116.50 | $0.00 | $2,116.50 |
| 000001 070 7100-00 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Unsecured | Filed 02/10/10 | $4,552.77 | $0.00 | $4,552.77 |
| 000002 070 7100-00 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>WORLD FINANCIAL NETWORK NATIONAL BANK AS<br>Pottery Barn<br>PO Box 248872<br>Oklahoma City, OK 73124-8872 | Unsecured | Filed 02/10/10 | $767.18 | $0.00 | $767.18 |
| 000003 070 7100-00 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>WORLD FINANCIAL NETWORK NATIONAL BANK AS<br>Ann Taylor<br>PO Box 248872<br>Oklahoma City, OK 73124-8872 | Unsecured | Filed 02/10/10 | $413.88 | $0.00 | $413.88 |
| 000004 070 7100-00 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>WORLD FINANCIAL NETWORK NATIONAL BANK AS<br>Eddie Bauer<br>PO Box 248872<br>Oklahoma City, OK 73124-8872 | Unsecured | Filed 02/10/10 | $811.24 | $0.00 | $811.24 |
| 000005 070 7100-00 | Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, Ohio 43054-3025 | Unsecured | Filed 02/15/10 | $802.21 | $0.00 | $802.21 |
| 000006 070 7100-00 | Capital One Bank (USA), N.A.<br>by American Infosource Lp As Agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | Filed 02/19/10 | $18,899.15 | $0.00 | $18,899.15 |
| 000007 070 7100-00 | PYOD LLC its successors and assigns as assignee of<br>Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Unsecured | Filed 02/24/10 | $1,031.37 | $0.00 | $1,031.37 |
| 000008 070 7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | Filed 02/27/10 | $278.74 | $0.00 | $278.74 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 09-45802 | | Page 2 | | | Date: July 01, 2010 |
| --- | --- | --- | --- | --- | --- | --- |
| Debtor Name: | SHAW, RITA | | Claim Class Sequence | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
| --- | --- | --- | --- | --- | --- | --- |
| 000009 070 7100-00 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Unsecured | Filed 02/27/10 | $30,612.63 | $0.00 | $30,612.63 |
| 000010 070 7100-00 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Unsecured | Filed 02/27/10 | $3,687.76 | $0.00 | $3,687.76 |
| 000011 070 7100-00 | PYOD LLC its successors and assigns as assignee of Citibank c/o Resurgent Capital Services PO Box 19008 Greenville, SC 29602- | Unsecured | Filed 03/01/10 | $1,031.37 | $0.00 | $1,031.37 |
| 000012 070 7100-00 | GE Money Bank dba GAP Care of Recovery Management Systems Corp 25 SE 2nd Ave Ste 1120 Miami FL 33131 | Unsecured | Filed 04/29/10 | $1,098.03 | $0.00 | $1,098.03 |
| 000013 070 7100-00 | Fia Card Services, NA/Bank of America by American Infosource Lp As Its Agent PO Box 248809 Oklahoma City, OK 73124-8809 | Unsecured | Filed 05/08/10 | $6,430.37 | $0.00 | $6,430.37 |
| | Case Totals: | | | $72,533.20 | $0.00 | $72,533.20 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-45802
Case Name: SHAW, RITA
Trustee Name: Phillip D. Levey

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee: Phillip D. Levey | $_____ | $_____ |
| Attorney for trustee: PHILLIP D. LEVEY | $_____ | $_____ |
| Appraiser: | $_____ | $_____ |
| Auctioneer: | $_____ | $_____ |
| Accountant: | $_____ | $_____ |
| Special Attorney for trustee: | $_____ | $_____ |
| Charges: | $_____ | $_____ |
| Fees: | $_____ | $_____ |
| Other: | $_____ | $_____ |
| Other: | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

UST Form 101-7-TFR (9/1/2009) *(Page: 8)*

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| *Attorney for debtor:* | $ | $ |
| *Attorney for:* | $ | $ |
| *Accountant for:* | $ | $ |
| *Appraiser for:* | $ | $ |
| *Other:* | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $         must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be        percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | *Roundup Funding, LLC MS* | | |
| *000001* | *550* | $ | $ |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000002 | AMERICAN INFOSOURCE LP AS AGENT FOR WORLD FINANCIAL NETWORK NATIONAL BANK AS Pottery Barn | $_____ | $_____ |
| 000003 | AMERICAN INFOSOURCE LP AS AGENT FOR WORLD FINANCIAL NETWORK NATIONAL BANK AS Ann Taylor | $_____ | $_____ |
| 000004 | AMERICAN INFOSOURCE LP AS AGENT FOR WORLD FINANCIAL NETWORK NATIONAL BANK AS Eddie Bauer | $_____ | $_____ |
| 000005 | Discover Bank Dfs Services LLC | $_____ | $_____ |
| 000006 | Capital One Bank (USA), N.A. by American Infosource Lp As Agent | $_____ | $_____ |
| 000007 | PYOD LLC its successors and assigns as assignee of Citibank c/o Resurgent Capital Services | $_____ | $_____ |
| 000008 | Chase Bank USA, N.A. | $_____ | $_____ |
| 000009 | Chase Bank USA, N.A. | $_____ | $_____ |
| 000010 | Chase Bank USA, N.A. | $_____ | $_____ |

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| *000012* | *GE Money Bank dba GAP Care of Recovery Management Systems Corp* | $ | $ |
| *000013* | *Fia Card Services, NA/Bank of America by American Infosource Lp As Its Agent* | $ | $ |

    Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

    Tardily filed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| _____ | _____ | $ | $ |
| _____ | _____ | $ | $ |
| _____ | _____ | $ | $ |

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| _____ | _____ | $ | $ |
| _____ | _____ | $ | $ |

*Claim Number*   *Claimant*   *Allowed Amt. of Claim*   *Proposed Payment*

_____   _____   $_____   $_____

The amount of surplus returned to the debtor after payment of all claims and interest is $_____.