# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| SHAW, RITA | § | Case No. 09-45802 |
| | § | |
| Debtor(s) | § | |

## AMENDED NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Phillip D. Levey, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Kenneth Gardner
U.S. Bankruptcy Court Clerk
219 South Dearborn Street- 7th Floor
Chicago, IL 60614

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 08/26/2010 in Courtroom 682,

United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: <u>Kenneth S. Gardner</u> _____
                                              Clerk, U.S. Bankruptcy Court


*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| SHAW, RITA | § | Case No. 09-45802 |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 5,500.48 |
| *and approved disbursements of* | $ | 0.00 |
| *leaving a balance on hand of*[1] | $ | 5,500.48 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | | *Expenses* | |
|---|---|---|---|---|
| *Trustee: Phillip D. Levey* | $ | 1,300.05 | $ | 38.83 |
| *Attorney for trustee: PHILLIP D. LEVEY* | $ | 2,116.50 | $ | 0.00 |
| *Appraiser:* | $ | | $ | |
| *Auctioneer:* | $ | | $ | |
| *Accountant:* | $ | | $ | |
| *Special Attorney for trustee:* | $ | | $ | |
| *Charges:* | $ | | $ | |
| *Fees:* | $ | | $ | |
| *Other:* | $ | | $ | |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) (Page: 2)

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Other: | _____ | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Attorney for debtor: | _____ | $_____ | $_____ |
| Attorney for: | _____ | $_____ | $_____ |
| Accountant for: | _____ | $_____ | $_____ |
| Appraiser for: | _____ | $_____ | $_____ |
| Other: | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 69,385.33 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.0 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
|  | Roundup Funding, LLC |  |  |
|  | MS 550 |  |  |
|  | PO Box 91121 |  |  |
| 000001 | Seattle, WA 98111-9221 | $ 4,552.77 | $ 134.19 |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000002 | AMERICAN INFOSOURCE LP AS AGENT FOR WORLD FINANCIAL NETWORK NATIONAL BANK AS Pottery Barn PO Box 248872 Oklahoma City, OK 73124-8872 | $ 767.18 | $ 22.61 |
| 000003 | AMERICAN INFOSOURCE LP AS AGENT FOR WORLD FINANCIAL NETWORK NATIONAL BANK AS Ann Taylor PO Box 248872 Oklahoma City, OK 73124-8872 | $ 413.88 | $ 12.20 |
| 000004 | AMERICAN INFOSOURCE LP AS AGENT FOR WORLD FINANCIAL NETWORK NATIONAL BANK AS Eddie Bauer PO Box 248872 Oklahoma City, OK 73124-8872 | $ 811.24 | $ 23.91 |
| 000005 | Discover Bank Dfs Services LLC PO Box 3025 New Albany, Ohio 43054-3025 | $ 802.21 | $ 23.64 |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | Capital One Bank (USA), N.A. by American Infosource Lp As Agent PO Box 71083 | | |
| 000006 | Charlotte, NC 28272-1083 | $ 18,899.15 | $ 557.05 |
| | PYOD LLC its successors and assigns as assignee of Citibank c/o Resurgent Capital Services PO Box 19008 | | |
| 000007 | Greenville, SC 29602- | $ 1,031.37 | $ 30.40 |
| | Chase Bank USA, N.A. PO Box 15145 | | |
| 000008 | Wilmington, DE 19850-5145 | $ 278.74 | $ 8.22 |
| | Chase Bank USA, N.A. PO Box 15145 | | |
| 000009 | Wilmington, DE 19850-5145 | $ 30,612.63 | $ 902.29 |
| | Chase Bank USA, N.A. PO Box 15145 | | |
| 000010 | Wilmington, DE 19850-5145 | $ 3,687.76 | $ 108.69 |
| | GE Money Bank dba GAP Care of Recovery Management Systems Corp 25 SE 2nd Ave Ste 1120 | | |
| 000012 | Miami FL 33131 | $ 1,098.03 | $ 32.36 |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | Fia Card Services, NA/Bank of America by American Infosource Lp As Its Agent PO Box 248809 Oklahoma City, OK 73124- | | |
| 000013 | 8809 | $ 6,430.37 | $ 189.54 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

Prepared By: /s/Phillip D. Levey _____
Trustee's Counsel

Phillip D. Levey
2722 North Racine Avenue
Chicago, IL 60614

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: mgonzalez          Page 1 of 2          Date Rcvd: Jul 20, 2010
Case: 09-45802               Form ID: pdf006           Total Noticed: 38
```

The following entities were noticed by first class mail on Jul 22, 2010.
```
db           +Rita Shaw,    3110 N. Sheridan Rd., Unit 1705,   Chicago, IL 60657-4943
aty          +Angela Koconis-Gibson,    Law Offices of Angela Koconis-Gibson,    4854 N. Kedvale,
              Chicago, IL 60630-2816
tr           +Phillip D Levey, ESQ,    2722 North Racine Avenue,   Chicago, IL 60614-1206
14802756      Ann Taylor,    WFNNB,    Bankruptcy Dept.,    PO Box 182125,   Columbus, OH 43218-2125
14802758      BP,   Cardmember Services,    PO Box 15298,   Wilmington, DE 19850-5298
14802757      Bank Of America,    PO Box 15026,   Wilmington, DE 19850-5026
14802759     +Capital One Bank,    PO Box 71083,   Charlotte, NC 28272-1083
15132537      Capital One Bank (USA), N.A.,   by American Infosource Lp As Agent,    PO Box 71083,
              Charlotte, NC  28272-1083
14802761     +Chase,   Cardmember Services,    PO Box 15548,   Wilmington, DE 19886-5548
14802763     +Chase,   Home Equity Loan Servicing,    PO Box 24714,   Columbus, OH 43224-0714
14802760      Chase,    PO Box 78420,   Phoenix, AZ 85062-8420
14802764      Chase Bank,   Cardmember Services,    PO Box 15548,   Wilmington, DE 19886-5548
15180347      Chase Bank USA, N.A.,    PO Box 15145,   Wilmington, DE 19850-5145
14802765     +Citi,   PO Box 6282,   Sioux Falls, SD 57117-6282
14802766     +Client Services, Inc.,    3451 Harry Truman Blvd.,   St. Charles, MO 63301-9816
14802767     +Creditors Financial Group LLC,    PO Box 440290,   Aurora, CO 80044-1500
14802769      Eddie Bauer,    PO Box 182125,   Columbus, OH 43218-2125
14802771      HSBC Retail Services,    PO Box 15521,   Wilmington, DE 19850-5521
14802774     +MRS Associates,    1930 Olney Ave.,   Cherry Hill, NJ 08003-2016
14802772     +Macy's,   PO Box 8066,   Mason, OH 45040-8066
14802773     +Michael D. Fine,   Chase Bank USA,    131 S. Dearborn, 5th Floor,   Chicago, IL 60603-5571
14802776     +OMS,    4180 Okeechobee Rd.,   Ft. Pierce, FL 34947-5404
15150573     +PYOD LLC its successors and assigns as assignee of,   Citibank,    c/o Resurgent Capital Services,
              PO Box 19008,   Greenville, SC 29602-9008
14802777      Pottery Barn,   Customer Service,    PO Box 182273,   Columbus, OH 43218-2273
14802778     +Steven Linder,   Meyer & Njus, P.A.,    1100 S. U.S. Bank Plaza,    200 S. Sixth St.,
              Minneapolis, MN 55402-1403
14802779     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
              (address filed with court: Toyota Financial Services,    PO Box 60114,
              City of Industry, CA 91716-0114)
14802780     +Van Ru Credit Corp,    1350 E. Touhy Ave., Suite 100E,   DesPlaines, IL 60018-3337
14802781      World Financial Network National Bank,    PO Box 182125,   Columbus, OH 43218-2125
```

The following entities were noticed by electronic transmission on Jul 20, 2010.
```
15084731      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 21 2010 00:55:28
              AMERICAN INFOSOURCE LP AS AGENT FOR,    WORLD FINANCIAL NETWORK NATIONAL BANK AS,   Ann Taylor,
              PO Box 248872,   Oklahoma City, OK  73124-8872
15084730      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 21 2010 00:55:30
              AMERICAN INFOSOURCE LP AS AGENT FOR,    WORLD FINANCIAL NETWORK NATIONAL BANK AS,   Pottery Barn,
              PO Box 248872,   Oklahoma City, OK  73124-8872
15084733      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 21 2010 00:55:30
              AMERICAN INFOSOURCE LP AS AGENT FOR,    WORLD FINANCIAL NETWORK NATIONAL BANK AS,   Eddie Bauer,
              PO Box 248872,   Oklahoma City, OK  73124-8872
14802768      E-mail/PDF: mrdiscen@discoverfinancial.com Jul 21 2010 00:56:23       Discover,   PO Box 3008,
              New Albany, OH 43054-3008
15101922      E-mail/PDF: mrdiscen@discoverfinancial.com Jul 21 2010 00:56:23       Discover Bank,
              Dfs Services LLC,    PO Box 3025,   New Albany, Ohio  43054-3025
15546230      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 21 2010 00:55:28
              Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,   PO Box 248809,
              Oklahoma City, OK  73124-8809
15491941     +E-mail/PDF: gecsedi@recoverycorp.com Jul 21 2010 01:07:57       GE Money Bank dba GAP,
              Care of Recovery Management Systems Corp,    25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
14802770      E-mail/PDF: gecsedi@recoverycorp.com Jul 21 2010 01:07:57       Gap,   PO Box 981064,
              El Paso, TX 79998-1064
14802775      E-mail/Text: bnc@nordstrom.com                           Nordstrom,   PO Box 6566,
              Englewood, CO 80155-6566
15081429      E-mail/PDF: BNCEmails@blinellc.com Jul 21 2010 00:55:06       Roundup Funding, LLC,   MS 550,
              PO Box 91121,   Seattle, WA 98111-9221
                                                                          TOTAL: 10
```

```
         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Phillip D Levey, ESQ,    2722 North Racine Avenue,   Chicago, IL 60614-1206
14802762*     Chase,   Cardmember Services,    PO Box 15548,   Wilmington, DE 19886-5548
                                                                          TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

District/off: 0752-1          User: mgonzalez          Page 2 of 2          Date Rcvd: Jul 20, 2010
Case: 09-45802               Form ID: pdf006            Total Noticed: 38

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 22, 2010**                    **Signature:**    _Joseph Speetjens_