UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
§
SHAW, RITA § Case No. 09-45802
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Phillip D. Levey, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $        (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $        from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/Phillip D. Levey_____
                                                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Chase Home Equity Loan Servicing PO Box 24714 Columbus, OH 43224 |  |  |  |  |  |
| Chase PO Box 78420 Phoenix, AZ 85062-8420 |  |  |  |  |  |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Toyota Financial Services PO Box 60114 City of Industry, CA 91716-0114 | | | | | |
| TOTAL SECURED CLAIMS | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILLIP D. LEVEY | | | | | |
| PHILLIP D. LEVEY | | | | | |
| LEVEY, PHILLIP D. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Ann Taylor WFNNB Bankruptcy Dept. PO Box 182125 Columbus, OH 43218-2125 | | | | | |
| BP Cardmember Services PO Box 15298 Wilmington, DE 19850-5298 | | | | | |
| Bank Of America PO Box 15026 Wilmington, DE 19850-5026 | | | | | |
| Capital One Bank PO Box 71083 Charlotte, NC 28272 MRS Associates 1930 Olney Ave. Cherry Hill, NJ 08003 | | | | | |
| Chase Bank Cardmember Services PO Box 15548 Wilmington, DE 19886-5548 Michael D. Fine Chase Bank USA 131 S. Dearborn, 5th Floor Chicago, IL 60603 | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Chase Cardmember Services PO Box 15548 Wilmington, DE 19886-5548 | | | | | |
| Chase Cardmember Services PO Box 15548 Wilmington, DE 19886 | | | | | |
| Citi PO Box 6282 Sioux Falls, SD 57117 Client Services, Inc. 3451 Harry Truman Blvd. St. Charles, MO 63301-4047 | | | | | |
| Discover PO Box 3008 New Albany, OH 43054-3008 | | | | | |
| Eddie Bauer PO Box 182125 Columbus, OH 43218-2125 | | | | | |
| Gap PO Box 981064 El Paso, TX 79998-1064 Steven Linder Meyer & Njus, P.A. 1100 S. U.S. Bank Plaza 200 S. Sixth St. Minneapolis, MN 55402 | | | | | |
| HSBC Retail Services PO Box 15521 Wilmington, DE 19850-5521 | | | | | |
| Macy's PO Box 8066 Mason, OH, 45040 Van Ru Credit Corp 1350 E. Touhy Ave., Suite 100E DesPlaines, IL 60018 | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Nordstrom PO Box 6566 Englewood, CO 80155-6566 Creditors Financial Group LLC PO Box 440290 Aurora, CO 80044 | | | | | |
| OMS 4180 Okeechobee Rd. Ft. Pierce, FL 34947 | | | | | |
| Pottery Barn Customer Service PO Box 182273 Columbus, OH 43218-2273 World Financial Network National Bank PO Box 182125 Columbus, OH 43218-2125 | | | | | |
| AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| CAPITAL ONE BANK (USA), N.A. | | | | | |
| CHASE BANK USA, N.A. | | | | | |
| CHASE BANK USA, N.A. | | | | | |
| CHASE BANK USA, N.A. | | | | | |
| DISCOVER BANK | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| GE MONEY BANK DBA GAP | | | | | |
| PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| ROUNDUP FUNDING, LLC | | | | | |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $ | $ | $ | $ |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 09-45802 | JBS | Judge: JACK B. SCHMETTERER | | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|---|---|
| Case Name: | SHAW, RITA | | | | Date Filed (f) or Converted (c): | 12/03/09 (f) |
| | | | | | 341(a) Meeting Date: | 01/08/10 |
| For Period Ending: | 10/31/10 | | | | Claims Bar Date: | 05/11/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 3110 N. SHERIDAN RD. UNIT 1705 CHICAGO, IL 60657 | 214,000.00 | 0.00 | DA | 0.00 | 0.00 |
| Debtor Claimed Exemption | | | | | |
| 2. CASH | 100.00 | 0.00 | OA | 0.00 | 0.00 |
| Debtor Claimed Exemption | | | | | |
| 3. BANK ACCOUNTS | 500.00 | 0.00 | DA | 0.00 | 0.00 |
| Debtor Claimed Exemption | | | | | |
| 4. HOUSEHOLD FURNITURE AND FURNISHINGS | 2,500.00 | 0.00 | DA | 0.00 | 0.00 |
| Debtor Claimed Exemption | | | | | |
| 5. CLOTHING | 500.00 | 0.00 | DA | 0.00 | 0.00 |
| Debtor Claimed Exemption | | | | | |
| 6. MISCELLANEOUS JEWELRY | 400.00 | 0.00 | DA | 0.00 | 0.00 |
| Debtor Claimed Exemption | | | | | |
| 7. JP MORGAN CHASE IRA | 35,000.00 | 0.00 | DA | 0.00 | 0.00 |
| Debtor Claimed Exemption | | | | | |
| 8. 401K | 16,000.00 | 0.00 | DA | 0.00 | 0.00 |
| Debtor Claimed Exemption | | | | | |
| 9. 2007 TOYOTA COROLLA | 8,500.00 | 5,600.00 | | 5,500.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 10. 2007 TOYOTA YARIS | 10,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 11. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.74 | Unknown |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $287,500.00 | $5,600.00 | | $5,500.74 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 09-45802   JBS   Judge: JACK B. SCHMETTERER | Trustee Name:   Phillip D. Levey |
| Case Name: | SHAW, RITA | Date Filed (f) or Converted (c):   12/03/09 (f) |
| | | 341(a) Meeting Date:   01/08/10 |
| | | Claims Bar Date:   05/11/10 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR):  / /          Current Projected Date of Final Report (TFR):  / /

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-45802 -JBS | | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|
| Case Name: | SHAW, RITA | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******3580 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******0056 | | | |
| For Period Ending: | 10/31/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/15/10 | 9 | Rita Shaw | Sale of Automobile | 1129-000 | 5,500.00 | | 5,500.00 |
| 03/31/10 | 11 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.06 | | 5,500.06 |
| 04/30/10 | 11 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.14 | | 5,500.20 |
| 05/28/10 | 11 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.14 | | 5,500.34 |
| 06/30/10 | 11 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.14 | | 5,500.48 |
| 07/30/10 | 11 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.14 | | 5,500.62 |
| 08/28/10 | 11 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.12 | | 5,500.74 |
| 08/28/10 | | Transfer to Acct #*******5630 | Final Posting Transfer | 9999-000 | | 5,500.74 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | | 5,500.74 | 5,500.74 | 0.00 |
| Less: Bank Transfers/CD's | | 0.00 | 5,500.74 | |
| Subtotal | | 5,500.74 | 0.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 5,500.74 | 0.00 | |

Page Subtotals 5,500.74 5,500.74

Ver: 15.20

LFORM24

UST Form 101-7-TDR (9/1/2009) *(Page: 11)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-45802 -JBS | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | SHAW, RITA | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******5630  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0056 | | |
| For Period Ending: | 10/31/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/28/10 | | Transfer from Acct #*******3580 | Transfer In From MMA Account | 9999-000 | 5,500.74 | | 5,500.74 |
| 08/28/10 | 000101 | PHILLIP D. LEVEY<br>2722 NORTH RACINE AVENUE<br>CHICAGO, IL 60614 | Chapter 7 Compensation/Fees | 2100-000 | | 1,300.07 | 4,200.67 |
| 08/28/10 | 000102 | PHILLIP D. LEVEY<br>2722 NORTH RACINE AVENUE<br>CHICAGO, IL 60614 | Chapter 7 Expenses | 2200-000 | | 38.83 | 4,161.84 |
| 08/28/10 | 000103 | PHILLIP D. LEVEY | Attorney for Trustee Fees (Trustee | 3110-000 | | 2,116.50 | 2,045.34 |
| 08/28/10 | 000104 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Claim 000001, Payment 2.94788% | 7100-900 | | 134.21 | 1,911.13 |
| 08/28/10 | 000105 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>WORLD FINANCIAL NETWORK NATIONAL<br>BANK AS<br>Pottery Barn<br>PO Box 248872<br>Oklahoma City, OK 73124-8872 | Claim 000002, Payment 2.94716% | 7100-900 | | 22.61 | 1,888.52 |
| 08/28/10 | 000106 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>WORLD FINANCIAL NETWORK NATIONAL<br>BANK AS<br>Ann Taylor<br>PO Box 248872<br>Oklahoma City, OK 73124-8872 | Claim 000003, Payment 2.94771% | 7100-900 | | 12.20 | 1,876.32 |
| 08/28/10 | 000107 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>WORLD FINANCIAL NETWORK NATIONAL<br>BANK AS<br>Eddie Bauer<br>PO Box 248872 | Claim 000004, Payment 2.94734% | 7100-900 | | 23.91 | 1,852.41 |
| | | | Page Subtotals | | 5,500.74 | 3,648.33 | |

Ver: 15.20

LFORM24

**UST Form 101-7-TDR (9/1/2009)** *(Page: 12)*

FORM 2

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-45802 -JBS | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | SHAW, RITA | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******5630 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0056 | | |
| For Period Ending: | 10/31/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Oklahoma City, OK 73124-8872 | | | | | |
| 08/28/10 | 000108 | Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, Ohio 43054-3025 | Claim 000005, Payment 2.94811% | 7100-900 | | 23.65 | 1,828.76 |
| 08/28/10 | 000109 | Capital One Bank (USA), N.A.<br>by American Infosource Lp As Agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim 000006, Payment 2.94780% | 7100-900 | | 557.11 | 1,271.65 |
| 08/28/10 | 000110 | PYOD LLC its successors and assigns as assignee of Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Claim 000007, Payment 2.94754% | 7100-900 | | 30.40 | 1,241.25 |
| 08/28/10 | 000111 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000008, Payment 2.94898% | 7100-900 | | 8.22 | 1,233.03 |
| 08/28/10 | 000112 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000009, Payment 2.94780% | 7100-900 | | 902.40 | 330.63 |
| 08/28/10 | 000113 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000010, Payment 2.94786% | 7100-900 | | 108.71 | 221.92 |
| 08/28/10 | 000114 | GE Money Bank dba GAP<br>Care of Recovery Management Systems Corp<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | Claim 000012, Payment 2.94801% | 7100-900 | | 32.37 | 189.55 |
| 08/28/10 | 000115 | Fia Card Services, NA/Bank of America<br>by American Infosource Lp As Its Agent<br>PO Box 248809 | Claim 000013, Payment 2.94773% | 7100-900 | | 189.55 | 0.00 |

Page Subtotals   0.00   1,852.41

Ver: 15.20

LFORM24

UST Form 101-7-TDR (9/1/2009) *(Page: 13)*

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-45802 -JBS | Trustee Name: | Phillip D. Levey |
| --- | --- | --- | --- |
| Case Name: | SHAW, RITA | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******5630 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0056 | | |
| For Period Ending: | 10/31/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Oklahoma City, OK 73124-8809 | | | | | |

|  |  |  |  |
| --- | --- | --- | --- |
| COLUMN TOTALS | 5,500.74 | 5,500.74 | 0.00 |
| Less: Bank Transfers/CD's | 5,500.74 | 0.00 | |
| Subtotal | 0.00 | 5,500.74 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 5,500.74 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| TOTAL - ALL ACCOUNTS | | | |
| Money Market Account (Interest Earn - ********3580 | 5,500.74 | 0.00 | 0.00 |
| Checking Account (Non-Interest Earn - ********5630 | 0.00 | 5,500.74 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 5,500.74 | 5,500.74 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 0.00

Ver: 15.20

LFORM24

UST Form 101-7-TDR (9/1/2009) *(Page: 14)*